# Sixth District Court of Appeal
# State of Florida

_____

Case No. 6D2025-1037
Lower Tribunal No. 2024-CA-001332

_____

Ruth Winters,

Appellant,

v.

Alexander P. Winters, Alexandra F. Winters, and Lot 34 Block E Pine Ridge Extension Parcel 67280560002,

Appellees.

_____

Appeal from the Circuit Court for Collier County.
Joseph G. Foster and Michael Brown, Judges.

February 10, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and SMITH, JJ., concur.


Ruth Winters, Naples, pro se.

James Kurnik, of Kurnik Law, Naples, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED